THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICROBIX BIOSYSTEMS, INC.

        Plaintiff(s)

vs.

BIOWHITTAKER

        Defendant(s)

Civil Action No. MJG-98-4094

__✓__ FEE PAID

_____ FEE NOT PAID
     (SEND LETTER)

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __Mary N. Strimel__ Esquire a member of the Bar of this court, moves the admission of __Ann C. Yahner__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __Plaintiff Microbix Biosystems, Inc.__

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __District of Columbia__

and/or the following United States Court(s): __U.S. Supreme Court, Federal District Court for D.C., Eastern District of Michigan, 3rd, 6th & 10th Circuits of the U.S. Court of Appeals__

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __1__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows:_____

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO
CLERK, U. S. DISTRICT COURT

Revised 6/98

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or

Mary N. Strimel Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission pro hac vice does not constitute formal admission to the bar of this Court.

Respectfully submitted,

| MOVANT: | PROPOSED ADMITTEE: |
| --- | --- |
| [signature] | Ann C. Yahner [signature] |
| Signature | Signature |
| Cohen, Milstein, Hausfeld & Toll, PLLC | Cohen, Milstein, Hausfeld & Toll, PLLC |
| Address | Address |
| 1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, D.C. 20005 | 1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, D.C. 20005 |
| 202-408-4600 | 202-408-4600 |
| Office phone number | Office phone number |
| 202-408-4699 | 202-408-4699 |
| Fax number | Fax number |
| 13802 | |
| Md. U. S. District Court Number | |

**ORDER**

Motion ✓ GRANTED

Motion ______ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion ______ DENIED

July 5, 2000 [signature]

Dated Judge, U. S. District Court