IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICROBIX BIOSYSTEMS, INC.

        Plaintiff(s)

vs.

BIOWHITTAKER

        Defendant(s)

Civil Action No. MJG-98-4094

JUN 30 P 2: 21

FEE PAID

FEE NOT PAID
(SEND LETTER)

FILED _____ ENTERED
LODGED _____ RECEIVED

JUL - 6 2000

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, Mary N. Strimel Esquire a member of the Bar of this court, moves the admission of Matthew F. Pawa Esquire to appear pro hac vice in the captioned proceeding as counsel for Plaintiff Microbix Biosystems, Inc.

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of District of Columbia, Vermont and Pennsylvania

and/or the following United States Court(s): U.S. Supreme Court, U.S. District Court for the Eastern District of Pennsylvania, U.S. District Court of Vermont, Fifth Circuit Court of Appeals

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __1__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: _____

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO
CLERK U.S. DISTRICT COURT

Revised 6/98

- 2 -

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or ___Mary N. Strimel___ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

MOVANT:

_____/s/ Mary N. Strimel_____
Signature

Cohen, Milstein, Hausfeld & Toll, PLLC
Address
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005

202-408-4600
Office phone number

202-408-4699
Fax number

13802
Md U.S. District Court Number

PROPOSED ADMITTEE:

_____/s/_____
Signature

Cohen, Milstein, Hausfeld & Toll, PLLC
Address
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005

202-408-4600
Office phone number

202-408-4699
Fax number

## ORDER

Motion __✓__ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

_____July 5, 2000_____
Date

_____/s/_____
Judge, U.S. District Court